UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SOLOMON SHARBAT,  
SOLOMON CAPITAL, LLC,  
SOLOMON CAPITAL 401(k) TRUST,  
SOLOMON SHARBAT, as Trustee of the  
SOLOMON CAPITAL 401(k) TRUST,

                  Plaintiffs,

    -against-

MARCUS S. BUTLER and  
MSB GROUP INCORPORATED,

                  Defendants.
------------------------------------------------------------X

No.1 0 CV 6455 (SAS)

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

      **PLEASE TAKE NOTICE** that upon the declaration of Jeffrey Schreiber dated January 7, 2011 and the accompanying memorandum of law in support of the motion, Meister Seelig & Fein LLP will move this Court before the Honorable Shira A. Scheindlin, United States District Judge, for an order granting it leave to withdraw as counsel for the above-captioned defendants.

Dated: New York, New York  
       January 7, 2011

**MEISTER SEELIG & FEIN LLP**

      /s/ Jeffrey Schreiber  
Jeffrey Schreiber (JS-6182)  
2 Grand Central Tower  
140 East 45th Street, 19th Floor  
New York, NY  10017  
(212) 655-3500  
*Attorneys for Defendants*

1