UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SOLOMON SHARBAT,
SOLOMON CAPITAL, LLC,
SOLOMON CAPITAL 401(k) TRUST,
SOLOMON SHARBAT, as Trustee of the
SOLOMON CAPITAL 401(k) TRUST,

                 Plaintiffs,

-against-

MARCUS S. BUTLER and
MSB GROUP INCORPORATED,

                 Defendants.
------------------------------------------------------------X

No. 10 CV 6455 (SAS)

**NOTICE OF MOTION TO**
**WITHDRAW AS COUNSEL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/11

**PLEASE TAKE NOTICE** that upon the declaration of Jeffrey Schreiber dated January 7, 2011 and the accompanying memorandum of law in support of the motion, Meister Seelig & Fein LLP will move this Court before the Honorable Shira A. Scheindlin, United States District Judge, for an order granting it leave to withdraw as counsel for the above-captioned defendants.

Dated: New York, New York
       January 7, 2011

**MEISTER SEELIG & FEIN LLP**

/s/ Jeffrey Schreiber
Jeffrey Schreiber (JS-6182)
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY 10017
(212) 655-3500
*Attorneys for Defendants*

*Motion granted.*
*So Ordered*

[signature]
USDJ
1/3/11

1