UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SOLOMON SHARBAT, :
  SOLOMON CAPITAL, LLC, : Case No. 10 CV 6455 (SAS)
  SOLOMON CAPITAL 401(k) TRUST, :
  SOLOMON SHARBAT, as Trustee of the : **NOTICE OF MOTION**
  SOLOMON CAPITAL 401(k) TRUST, :
:
                Plaintiffs, :
:
     -against- :
:
MARCUS S. BUTLER and :
  MSB GROUP INCORPORATED, :
:
                Defendants. :
:
------------------------------------------------------------X

SIRS or MADAMS:

      PLEASE TAKE NOTICE, that upon the annexed declaration of Scott L. Fenstermaker duly affirmed this 21st day of April, the exhibits attached thereto, the annexed declaration of Solomon S. Sharbat duly affirmed the 16th day of April, the attached memorandum of law, and the prior proceedings herein, the undersigned will move the United States District Court for the Southern District of New York on the 10th day of May, at 9:30 o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard, for an Order granting the following:

    I.    Motion for a Judgment of Default in the amount of $460,000.00 against all defendants, jointly and severally Pursuant to Rule 55 of the Federal Rules of Civil Procedure;

    II.    Motion for Attorney's Fees Associated with the Preparation of the Instant Motion for a Default Judgment;

    III.    Motion to Reserve Plaintiff's Right to Supplement These Motions or Make Further Motions;

And for such other and further relief as this Court may deem just and proper.

Dated:  New York, New York
        April 21, 2011

                                  Yours, etc.

                                  The Law Offices of Scott L. Fenstermaker, P.C.
                                  Attorney for the Plaintiffs
                                  100 Park Avenue, 16th Floor
                                  New York, New York 10017
                                  (212) 302-0201 (Phone)
                                  (917) 817-9001 (Cell)
                                  (212) 302-0327 (Facsimile)

                  By:   */s/ Scott L. Fenstermaker*
                                  Scott L. Fenstermaker, Esq.

TO:  Mr. Marcus S. Butler
     801 Downing Street
     Teaneck, New Jersey 07666

     MSB Group, Incorporated
     c/o Mr. Marcus S. Butler
     801 Downing Street
     Teaneck, New Jersey 07666

     Clerk of the Court
     United States District Court for the
        Southern District of New York
     500 Pearl Street
     New York, New York 10007

     Chambers of the Honorable Shira A. Scheindlin
     United States District Judge
     United States District Court for the
        Southern District of New York
     500 Pearl Street
     New York, New York 10007