# EXHIBIT A

THE LAW OFFICES OF
**SCOTT L. FENSTERMAKER, P.C.**
100 PARK AVENUE, 16TH FLOOR
**NEW YORK, NEW YORK 10017**
TELEPHONE (212) 302-0201
CELL (917) 817-9001
FACSIMILE (212) 302-0327
EMAIL scott@fenstermakerlaw.com
TWITTER @fensterlaw
www.fenstermakerlaw.com

OF COUNSEL

LINDA F. FENSTERMAKER, ESQ.

WESTCHESTER OFFICE
BY APPOINTMENT ONLY
50 MAIN STREET
WHITE PLAINS, NEW YORK 10606
TELEPHONE (914) 725-0955

February 21, 2011

**VIA CERTIFIED MAIL, RETURN RECEIPT**
**7008 3230 0002 8148 6310 (Butler)**
**7008 3230 0002 8148 6327 (MSB Group Incorporated)**

Mr. Marcus S. Butler
801 Downing Street
Teaneck, New Jersey 07666

MSB Group, Incorporated
c/o Mr. Marcus S. Butler
801 Downing Street
Teaneck, New Jersey 07666

Re:   *Sharbat, et. al.* v. *Butler, et. al.*; 10 CV 6455 (SAS)

Dear Mr. Butler:

Enclosed are discovery materials produced pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure. Please note that you and MSB Group Incorporated have similar discovery production obligations. I urge you to retain counsel as soon as possible, as Mr. Sharbat has directed me to seek legal remedies to redress your apparent unwillingness to proceed in the ordinary course of business in this litigation.

Very truly yours,

**The Law Offices of Scott L. Fenstermaker, Esq.**

By: *Scott L. Fenstermaker*

Scott L. Fenstermaker, Esq.

cc:   Mr. Solomon Sharbat (via e-mail w/o enclosures)