UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SOLOMON SHARBAT,                                            :
SOLOMON CAPITAL, LLC,                                       :  Case No.
                                                            :  10 CV 6455 (SAS)
SOLOMON CAPITAL 401(k) TRUST,                               :
SOLOMON SHARBAT, as Trustee of the                          :
SOLOMON CAPITAL 401(k) TRUST,                               :
                                                            :  **DECLARATION**
                            Plaintiffs,                     :
                                                            :  28 U.S.C. §1746
                      -against-                             :
                                                            :
MARCUS S. BUTLER and                                        :
MSB GROUP INCORPORATED,                                     :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------X

I, Solomon Sharbat, hereby declare, pursuant to 28 U.S.C. §1746, under penalties of perjury as follows:

1. I am a Plaintiff in the above-captioned action, and a principal or trustee of the other Plaintiffs.

2. In August of 2009, I either directly or indirectly paid

Defendants $600,000.00 for the purchase of certain securities on behalf of me and my business entities Solomon Capital, LLC and Solomon Capital 401(k) Trust. I and my business entities ultimately received securities which I was able to sell for only $200,000.

3. In order to finance my and my business entities' obligations to Defendants, I secured financing from Moishe ("Michael") Hartstein in the amount of $220,000.00. Mr. Hartstein's fee for his involvement was $60,000.00, which I paid. Defendants agreed to reimburse me and my business entities for Mr. Hartstein's $60,000.00 fee. Defendants have never reimbursed me or my business entities for this expenditure.

4. Defendants agreed to guarantee me and my business entities against loss associated with this securities purchase. I ultimately sold the shares I purchased from Defendants for $200,000.00. Defendants never

reimbursed me for the $400,000.00 difference, notwithstanding the fact that I demanded that they do so.

5. I consummated the agreement to purchase the $600,000.00 worth of securities from my office in New York, New York and Defendant Marcus Butler contacted me many times at that New York, New York address in order to discuss this series of transactions.

6. Declarant declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

7. No prior application for the relief herein requested has been heretofore made.

Dated: Tel Aviv, Israel
April 16, 2011

_____
Solomon Sharbat