19MUSHAC

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------------x
3  SOLOMON SHARBAT, et al.,
4              Plaintiffs,
5         v.                              10 CV 6455(SAS)
6  MARCUS S. BUTLER, et al.,
7              Defendants.
8  ------------------------------------x
                                       New York, N.Y.
9                                      September 22, 2011
                                       4:50 p.m.
10
   Before:
11
                   HON. SHIRA A. SCHEINDLIN
12
                                       District Judge
13
                        APPEARANCES
14
15 THE LAW OFFICES OF SCOTT L. FENSTERMAKER, P.C.
        Attorney for Plaintiff
16 BY:  SCOTT L. FENSTERMAKER

1                    (Case called)
2              THE COURT:  Mr. Butler is not here.  It has been a
3     continuing problem, right?
4              MR. FENSTERMAKER:  It is, your Honor.
5              THE COURT:  He is an individual?
6              MR. FENSTERMAKER:  There was a corporate defendant
7     which was wholly owned by Mr. Butler.  They defaulted and there
8     was a default judgment that the Court entered against that
9     corporation.
10             Mr. Butler wrote me an email last week explaining that
11    he was going to obtain counsel, but I have not seen a notice of
12    appearance nor have I heard from counsel.
13             THE COURT:  So I think that you need to make a motion,
14    to strike -- has he ever answered?
15             MR. FENSTERMAKER:  I believe that he has answered,
16    yes.  Your Honor, there was a counsel prior --
17             THE COURT:  But that was a long time ago.
18             MR. FENSTERMAKER:  The prior counsel answered, your
19    Honor, but was ultimately relieved and --
20             THE COURT:  That was a long time ago.  I am trying to
21    get Mr. Butler to show up and defend, and if he doesn't want
22    to, then make a motion to him for what -- strike the answer and
23    enter a default judgment for failure to defend?  He doesn't
24    come.  We tell him to come.
25             He knew about this conference, right?

1          MR. FENSTERMAKER:  This was scheduled at the last
2    court conference, so yes.
3          THE COURT:  Was he at the last court conference?
4          MR. FENSTERMAKER:  Yes, he was physically here, your
5    Honor, in the courtroom.
6          THE COURT:  Do you want to go out in the hall
7    somewhere and try to call him?
8          MR. FENSTERMAKER:  We have already done that, your
9    Honor.  And in fact I have emailed him, but I will be glad to
10   do it again if your Honor would like.
11         THE COURT:  You emailed him and called him from here
12   already?
13         MR. FENSTERMAKER:  I e-mailed him from my phone and
14   both the courtroom deputy and myself called him.  I recognized
15   his voice on his voice mail, and I gave him the courtroom phone
16   number -- I assume it is the courtroom number, it was an 805
17   number.
18         THE COURT:  I will ask my deputy to call one more time
19   and see if we get an answer.
20         Think about how to proceed, but I didn't want to hold
21   the court reporter long.
22         (Recess)
23         THE COURT:  Come back up, Mr. Fenstermaker, please.
24         MR. FENSTERMAKER:  Yes.
25         THE COURT:  So we tried again to reach Mr. Butler.  He

19MUSHAC

1   is not answering.  He is not here.  The conference was
2   scheduled for 4:30 and it is now 35 minutes later.  He is
3   clearly not responding to this Court's order.  He was here in
4   person and I told him today was the conference.
5           Has he responded to discovery or have you propounded
6   discovery?
7           MR. FENSTERMAKER:  I have propounded interrogatories
8   and document requests and received nothing.
9           THE COURT:  I think it is time for you to make a
10  motion to strike his answer and if you want another judgment,
11  enter judgment.
12          MR. FENSTERMAKER:  Yes, your Honor.
13          THE COURT:  When are you going to file your motion?
14          MR. FENSTERMAKER:  Your Honor, I am going to be away
15  next week, if I could have the end of the first week of
16  October?
17          THE COURT:  If you could do it by October 7th.
18          MR. FENSTERMAKER:  Is that the Friday, your Honor?
19          THE COURT:  Yes.
20          You could write him a letter, and I ask you to, saying
21  that, based on this conference and his failure to appear, the
22  judge directed that I move to strike the answer and move for
23  default, but if you call me immediately and tell me you are
24  going to defend, I will let the judge know and we will get this
25  done.  Give him one last chance and serve him with the motion

1  on October 7th.
2          MR. FENSTERMAKER:  I will do that tomorrow.
3          THE COURT:  Have a good evening.
4          My clerk thinks it is a good idea if you order this
5  short transcript, and you can serve that on him.
6          Assuming you have made your motion as directed on
7  October 7th, if Mr. Butler wishes to respond to your motion in
8  writing, he must do so no later than October 28th.  If he does
9  respond on October 28th, then you may have until November 11th
10 to file a reply.  If he does not respond, I will decide the
11 motion based solely on the moving papers.
12         That is now on the transcript also.
13
14                          o   0   o
15
16
17
18
19
20
21
22
23
24
25